IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENJI RUYMAKER,

    Plaintiff,

  v.

MARINE TERMINALS CORP., AKA, PORTS AMERICA, PACIFIC MARITIME ASSOCIATION, and DOES I-X,

    Defendants.

No. C 09-03797 WHA

**ORDER TO REMAND ACTION TO STATE COURT**

Plaintiff has moved to remand this action and defendants have filed a stipulation joining plaintiff's motion. Accordingly, this case is hereby **REMANDED** to California Superior Court for the County of Alameda. The hearing on the instant motion currently scheduled for October 22, 2009, is hereby **VACATED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 6, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE